**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

Bank of America, N.A
70-2328/719

paylocity

| Check Date | Check Number |
|---|---|
| March 21, 2025 | 9774847 |

Pay this amount: Seven hundred thirty-four dollars and twenty-eight cents **************

$   ** 734.28

To the order of: 13124   7000-13124   455 9774847 19934   13124
Donna Darlene Taylor
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

_____
Authorized Signature

---

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                    **Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 828.89 | Check Date | **March 21, 2025** |
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | **March 3, 2025** |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | **March 16, 2025** |

| | | |
|---|---|---|
| Check Number | | 9774847 |
| Net Pay | | 734.28 |
| Check Amount | | 734.28 |
| Total Hours Worked | | 31.90 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 11.20 | 322.39 |
| PTO | 19.57 | 10.00 | 195.70 | 12.50 | 244.63 |
| REGULAR | 19.57 | 31.90 | 624.28 | 212.08 | 4,141.22 |
| Weekend Pr | 0.50 | 17.82 | 8.91 | 112.08 | 56.04 |
| **Gross Earnings** | | 59.72 | 828.89 | 347.87 | 4,764.28 |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,265.00 |
| On Demand Payment Fee | | 7.50 |
| | | 1,272.50 |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 828.89 | 25.20 | 130.27 |
| MED | | 828.89 | 12.02 | 69.09 |
| MO | S-0 | 828.89 | 6.00 | 26.00 |
| SS | | 828.89 | 51.39 | 295.38 |
| **Taxes** | | | 94.61 | 520.74 |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| No Direct Deposits | | |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PTOP | 11.14 | 12.50 |

---

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | 800-983-8876 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | March 7, 2025 | 18737 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 437.57 |
| **Total Direct Deposits** | | | **437.57** |

13124   7000-13124   455  18737  19845            13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**

**Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 899.06 | Check Date | March 7, 2025 | Voucher Number | 18737 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | February 17, 2025 | Net Pay | 437.57 |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | March 2, 2025 | Total Hours Worked | 45.27 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 11.20 | 322.39 |
| PTO | | | | 2.50 | 48.93 |
| REGULAR | 19.57 | 45.27 | 885.87 | 180.18 | 3,516.94 |
| Weekend Pr | 0.50 | 26.38 | 13.19 | 94.27 | 47.13 |
| **Gross Earnings** | | **71.65** | **899.06** | **288.15** | **3,935.39** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 899.06 | 32.21 | 105.07 |
| MED | | 899.06 | 13.04 | 57.07 |
| MO | S-0 | 899.06 | 8.00 | 20.00 |
| SS | | 899.06 | 55.74 | 243.99 |
| **Taxes** | | | **108.99** | **426.13** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 350.00 | 1,265.00 |
| On Demand Payment Fee | 2.50 | 7.50 |
| **Deductions** | **352.50** | **1,272.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 437.57 |
| **Total Direct Deposits** | | **437.57** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 20.52 | 2.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | 800-983-8876 | FEIN: 30-0836158 | MO: 08-34865-0-00

Arrow Senior Living Blue Springs
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | **Check Date** | | **Voucher Number** |
|---|---|---|---|
| | February 21, 2025 | | 18644 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 522.78 |
| **Total Direct Deposits** | | | **522.78** |

13124   7000-13124   455 18644 19756 ____   13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                    **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 688.93 | Check Date | February 21, 2025 | Voucher Number | 18644 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | February 3, 2025 | Net Pay | 522.78 |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | February 16, 2025 | Total Hours Worked | 32.27 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 11.20 | 322.39 |
| PTO | 19.57 | 2.50 | 48.93 | 2.50 | 48.93 |
| REGULAR | 19.57 | 32.27 | 631.46 | 134.92 | 2,631.07 |
| Weekend Pr | 0.50 | 17.08 | 8.54 | 67.88 | 33.94 |
| **Gross Earnings** | | **51.85** | **688.93** | **216.50** | **3,036.33** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 688.93 | 11.20 | 72.86 |
| MED | | 688.93 | 9.99 | 44.03 |
| MO | S-0 | 688.93 | 1.00 | 12.00 |
| SS | | 688.93 | 42.71 | 188.25 |
| **Taxes** | | | **64.90** | **317.14** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 100.00 | 915.00 |
| On Demand Payment Fee | 1.25 | 5.00 |
| **Deductions** | **101.25** | **920.00** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 522.78 |
| **Total Direct Deposits** | | **522.78** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 19.63 | 2.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | February 7, 2025 | 18552 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 439.78 |
| **Total Direct Deposits** | | | **439.78** |

13124   7000-13124   455 18552 19670   13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                    **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 792.15 | Check Date | February 7, 2025 | Voucher Number | 18552 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | January 20, 2025 | Net Pay | 439.78 |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | February 2, 2025 | Total Hours Worked | 40.03 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 11.20 | 322.39 |
| REGULAR | 19.57 | 40.03 | 783.45 | 102.65 | 1,999.61 |
| Weekend Pr | 0.50 | 17.40 | 8.70 | 50.80 | 25.40 |
| **Gross Earnings** | | **57.43** | **792.15** | **164.65** | **2,347.40** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 792.15 | 21.52 | 61.66 |
| MED | | 792.15 | 11.49 | 34.04 |
| MO | S-0 | 792.15 | 4.00 | 11.00 |
| SS | | 792.15 | 49.11 | 145.54 |
| **Taxes** | | | **86.12** | **252.24** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 265.00 | 815.00 |
| On Demand Payment Fee | 1.25 | 3.75 |
| **Deductions** | **266.25** | **818.75** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 439.78 |
| **Total Direct Deposits** | | **439.78** |

| | Available | Plan Year | |
|---|---|---|---|
| Time Off | to Use | Used | |
| PTOP | 21.50 | 0.00 | |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

 paylocity

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | January 24, 2025 | 18455 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 277.30 |
| **Total Direct Deposits** | | | **277.30** |

13124   7000-13124   455  18455  19581         13124
**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                   **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 757.56 | Check Date | January 24, 2025 | Voucher Number | 18455 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | January 6, 2025 | Net Pay | 277.30 |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | January 19, 2025 | Total Hours Worked | 38.27 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 11.20 | 322.39 |
| REGULAR | 19.57 | 38.27 | 748.88 | 62.62 | 1,216.16 |
| Weekend Pr | 0.50 | 17.37 | 8.68 | 33.40 | 16.70 |
| **Gross Earnings** | | 55.63 | 757.56 | 107.22 | 1,555.25 |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 757.56 | 18.06 | 40.14 |
| MED | | 757.56 | 10.98 | 22.55 |
| MO | S-0 | 757.56 | 3.00 | 7.00 |
| SS | | 757.56 | 46.97 | 96.43 |
| **Taxes** | | | **79.01** | **166.12** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 400.00 | 550.00 |
| On Demand Payment Fee | 1.25 | 2.50 |
| **Deductions** | **401.25** | **552.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 277.30 |
| **Total Direct Deposits** | | **277.30** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 20.72 | 0.00 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | January 10, 2025 | 18360 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 559.33 |
| **Total Direct Deposits** | | | **559.33** |

13124   7000-13124   455  18360  19480            13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                    **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 797.69 | Check Date | January 10, 2025 | Voucher Number | 18360 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | December 23, 2024 | Net Pay | 559.33 |
| Hourly | $19.19 | State Filing Status | S-0 | Period Ending | January 5, 2025 | Total Hours Worked | 24.35 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | 28.79 | 11.20 | 322.39 | 11.20 | 322.39 |
| REGULAR | 19.19 | 24.35 | 467.28 | 24.35 | 467.28 |
| Weekend Pr | 0.50 | 16.03 | 8.02 | 16.03 | 8.02 |
| **Gross Earnings** | | **51.58** | **797.69** | **51.58** | **797.69** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 797.69 | 22.08 | 22.08 |
| MED | | 797.69 | 11.57 | 11.57 |
| MO | S-0 | 797.69 | 4.00 | 4.00 |
| SS | | 797.69 | 49.46 | 49.46 |
| **Taxes** | | | **87.11** | **87.11** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 150.00 | 150.00 |
| On Demand Payment Fee | 1.25 | 1.25 |
| **Deductions** | **151.25** | **151.25** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 559.33 |
| **Total Direct Deposits** | | **559.33** |

| | **Available Plan Year** | | |
|---|---|---|---|
| Time Off | to Use | Used | |
| PTOP | 19.97 | 0.00 | |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

 paylocity

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | December 27, 2024 | | 18268 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 361.91 |
| **Total Direct Deposits** | | | **361.91** |

13124    7000-13124    455  18268  19391              13124

Donna Darlene Taylor
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                                                    **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 869.77 | Check Date | December 27, 2024 | Voucher Number | 18268 |
|---|---|---|---|---|---|---|---|
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | December 9, 2024 | Net Pay | 361.91 |
| Hourly | $19.19 | State Filing Status | S-0 | Period Ending | December 22, 2024 | Total Hours Worked | 44.63 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 28.02 | 709.75 |
| Kayne And | | | | 0.00 | 641.72 |
| PTO | | | | 10.50 | 189.40 |
| REGULAR | 19.19 | 44.63 | 856.52 | 1,064.20 | 18,450.77 |
| Weekend Pr | 0.50 | 26.50 | 13.25 | 458.98 | 229.56 |
| **Gross Earnings** | | **71.13** | **869.77** | **1,561.69** | **20,221.20** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 869.77 | 30.82 | 641.88 |
| MED | | 869.77 | 12.61 | 293.21 |
| MO | S-0 | 869.77 | 8.00 | 144.00 |
| SS | | 869.77 | 53.93 | 1,253.72 |
| **Taxes** | | | **105.36** | **2,332.81** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 400.00 | 2,360.00 |
| On Demand Payment Fee | 2.50 | 17.50 |
| **Deductions** | **402.50** | **2,377.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 361.91 |
| **Total Direct Deposits** | | **361.91** |

| | Available Plan Year | | |
|---|---|---|---|
| Time Off | to Use | Used | |
| PTOP | 19.27 | 10.50 | |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

paylocity

Direct Deposit Advice

| | **Check Date** | **Voucher Number** |
|---|---|---|
| | December 18, 2024 | 18177 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 420.45 |
| **Total Direct Deposits** | | | **420.45** |

13124    7000-13124    455  18177  19299    13124
**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                 **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 641.72 | Check Date | December 18, 2024 | Voucher Number | 18177 |
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | December 16, 2024 | Net Pay | 420.45 |
| Hourly | $19.57 | State Filing Status | S-0 | Period Ending | December 16, 2024 | Total Hours Worked | 0.00 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 28.02 | 709.75 |
| Kayne And | | 0.00 | 641.72 | 0.00 | 641.72 |
| PTO | | | | 10.50 | 189.40 |
| REGULAR | | | | 1,019.56 | 17,594.25 |
| Weekend Pr | | | | 432.48 | 216.31 |
| **Gross Earnings** | | **0.00** | **641.72** | **1,490.56** | **19,351.43** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 641.72 | 141.18 | 611.06 |
| MED | | 641.72 | 9.30 | 280.60 |
| MO | S-0 | 641.72 | 31.00 | 136.00 |
| SS | | 641.72 | 39.79 | 1,199.79 |
| **Taxes** | | | **221.27** | **2,227.45** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,960.00 |
| On Demand Payment Fee | | 15.00 |
| | | **1,975.00** |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA CREDIT UNION | C | ***5012 | 420.45 |
| **Total Direct Deposits** | | | **420.45** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PTOP | 18.39 | 10.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

**Check Date**
December 13, 2024

**Voucher Number**
18098

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 698.69 |
| **Total Direct Deposits** | | | **698.69** |

13124   7000-13124   455 18098 19226 _____ 13124
**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**

**Earnings Statement**

| | | | | | |
|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 1,110.93 | Check Date | **December 13, 2024** |
| Location | **7000-13124** | Fed Filing Status | S | Period Beginning | **November 25, 2024** |
| Hourly | **$19.19** | State Filing Status | S-0 | Period Ending | **December 8, 2024** |

| | | |
|---|---|---|
| Voucher Number | | **18098** |
| Net Pay | | **698.69** |
| Total Hours Worked | | **48.45** |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | 28.79 | 2.65 | 76.28 | 28.02 | 709.75 |
| PTO | 19.19 | 5.00 | 95.95 | 10.50 | 189.40 |
| REGULAR | 19.19 | 48.45 | 929.75 | 1,019.56 | 17,594.25 |
| Weekend Pr | 0.50 | 17.90 | 8.95 | 432.48 | 216.31 |
| **Gross Earnings** | | **74.00** | **1,110.93** | **1,490.56** | **18,709.71** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 1,110.93 | 57.00 | 469.88 |
| MED | | 1,110.93 | 16.11 | 271.30 |
| MO | S-0 | 1,110.93 | 19.00 | 105.00 |
| SS | | 1,110.93 | 68.88 | 1,160.00 |
| **Taxes** | | | **160.99** | **2,006.18** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 250.00 | 1,960.00 |
| On Demand Payment Fee | 1.25 | 15.00 |
| **Deductions** | **251.25** | **1,975.00** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA CREDIT UNION | C | ***5012 | 698.69 |
| **Total Direct Deposits** | | | **698.69** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTOP | 18.39 | 10.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | | | |
|---|---|---|---|
| **Check Date** | | **Voucher Number** | |
| November 29, 2024 | | 18007 | |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT C Y AMERICA | | ***5012 | 460.37 |
| **Total Direct Deposits** | | | **460.37** |

13124   7000-13124   455 18007 19138     13124
**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                 **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 675.74 | Check Date | November 29, 2024 | Voucher Number | 18007 |
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | November 11, 2024 | Net Pay | 460.37 |
| Hourly | $19.19 | State Filing Status | S-0 | Period Ending | November 24, 2024 | Total Hours Worked | 34.98 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 25.37 | 633.47 |
| PTO | | | | 5.50 | 93.45 |
| REGULAR | 19.19 | 34.98 | 671.33 | 971.11 | 16,664.50 |
| Weekend Pr | 0.50 | 8.82 | 4.41 | 414.58 | 207.36 |
| **Gross Earnings** | | **43.80** | **675.74** | **1,416.56** | **17,598.78** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 675.74 | 11.42 | 412.88 |
| MED | | 675.74 | 9.80 | 255.19 |
| MO | S-0 | 675.74 | 1.00 | 86.00 |
| SS | | 675.74 | 41.90 | 1,091.12 |
| **Taxes** | | | **64.12** | **1,845.19** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 150.00 | 1,710.00 |
| On Demand Payment Fee | 1.25 | 13.75 |
| **Deductions** | **151.25** | **1,723.75** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION  C | ***5012 | 460.37 |
| **Total Direct Deposits** | | **460.37** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 22.39 | 5.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | November 15, 2024 | 17913 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 701.43 |
| **Total Direct Deposits** | | | **701.43** |

13124   7000-13124   455  17913  19045   13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**

**Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | **789.65** | Check Date | **November 15, 2024** | Voucher Number | **17913** |
| Location | 7000-13124 | Fed Filing Status | S | Period Beginning | **October 28, 2024** | Net Pay | **701.43** |
| Hourly | $19.19 | State Filing Status | S-0 | Period Ending | **November 10, 2024** | Total Hours Worked | **40.69** |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 25.37 | 633.47 |
| PTO | | | | 5.50 | 93.45 |
| REGULAR | 19.19 | 40.69 | 780.84 | 936.13 | 15,993.17 |
| Weekend Pr | 0.50 | 17.62 | 8.81 | 405.76 | 202.95 |
| **Gross Earnings** | | **58.31** | **789.65** | **1,372.76** | **16,923.04** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 789.65 | 22.81 | 401.46 |
| MED | | 789.65 | 11.45 | 245.39 |
| MO | S-0 | 789.65 | 5.00 | 85.00 |
| SS | | 789.65 | 48.96 | 1,049.22 |
| **Taxes** | | | **88.22** | **1,781.07** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,560.00 |
| On Demand Payment Fee | | 12.50 |
| | | **1,572.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA CREDIT UNION | C | ***5012 | 701.43 |
| **Total Direct Deposits** | | | **701.43** |

| Time Off | Available Plan Year to Use | Used |
|---|---|---|
| PTOP | 21.71 | 5.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | November 1, 2024 | | 17820 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 684.12 |
| **Total Direct Deposits** | | | **684.12** |

13124   7000-Community   455. 17820  18950        .13124
**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**

**Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 767.42 | Check Date | November 1, 2024 | Voucher Number | 17820 |
|---|---|---|---|---|---|---|---|
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | October 14, 2024 | Net Pay | 684.12 |
| Hourly | $19.19 | State Filing Status | S-0 | Period Ending | October 27, 2024 | Total Hours Worked | 39.76 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 25.37 | 633.47 |
| PTO | | | | 5.50 | 93.45 |
| REGULAR | 19.19 | 39.76 | 763.00 | 895.44 | 15,212.33 |
| Weekend Pr | 0.50 | 8.83 | 4.42 | 388.14 | 194.14 |
| **Gross Earnings** | | **48.59** | **767.42** | **1,314.45** | **16,133.39** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 767.42 | 20.59 | 378.65 |
| MED | | 767.42 | 11.13 | 233.94 |
| MO | S-0 | 767.42 | 4.00 | 80.00 |
| SS | | 767.42 | 47.58 | 1,000.26 |
| **Taxes** | | | **83.30** | **1,692.85** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,560.00 |
| On Demand Payment Fee | | 12.50 |
| | | **1,572.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 684.12 |
| **Total Direct Deposits** | | **684.12** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 20.91 | 5.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | October 18, 2024 | | 17724 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 693.02 |
| **Total Direct Deposits** | | | **693.02** |

13124   7000-Community   455   17724   18852       13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                 **Earnings Statement**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 778.22 | Check Date | October 18, 2024 | Voucher Number | 17724 |
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | September 30, 2024 | Net Pay | 693.02 |
| Hourly | $19.00 | State Filing Status | S-0 | Period Ending | October 13, 2024 | Total Hours Worked | 40.50 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 25.37 | 633.47 |
| PTO | | | | 5.50 | 93.45 |
| REGULAR | 19.00 | 40.50 | 769.50 | 855.68 | 14,449.33 |
| Weekend Pr | 0.50 | 17.43 | 8.72 | 379.31 | 189.72 |
| **Gross Earnings** | | **57.93** | **778.22** | **1,265.86** | **15,365.97** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 778.22 | 21.67 | 358.06 |
| MED | | 778.22 | 11.28 | 222.81 |
| MO | S-0 | 778.22 | 4.00 | 76.00 |
| SS | | 778.22 | 48.25 | 952.68 |
| **Taxes** | | | **85.20** | **1,609.55** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,560.00 |
| On Demand Payment Fee | | 12.50 |
| | | **1,572.50** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA CREDIT UNION | C | ***5012 | 693.02 |
| **Total Direct Deposits** | | | **693.02** |

| | Available Plan Year | | |
|---|---|---|---|
| Time Off | to Use | Used | |
| PTOP | 20.13 | 5.50 | |

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

**paylocity**

Direct Deposit Advice

| | Check Date | Voucher Number |
|---|---|---|
| | October 4, 2024 | 17632 |

| Direct Deposits Type | Account | Amount |
|---|---|---|
| COMMUNIT C Y AMERICA | ***5012 | 575.02 |
| **Total Direct Deposits** | | **575.02** |

13124   7000-Community   455 17632 18760        13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO 64029

Non Negotiable - This is not a check - Non Negotiable

Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                                 **Earnings Statement**

| | | | | |
|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 630.07 | Check Date | October 4, 2024 | Voucher Number | 17632 |
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | September 16, 2024 | Net Pay | 575.02 |
| Hourly | $16.99 | State Filing Status | S-0 | Period Ending | September 29, 2024 | Total Hours Worked | 34.07 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 25.37 | 633.47 |
| PTO | 16.99 | 2.50 | 42.48 | 5.50 | 93.45 |
| REGULAR | 16.99 | 34.07 | 578.85 | 815.18 | 13,679.83 |
| Weekend Pr | 0.50 | 17.47 | 8.74 | 361.88 | 181.00 |
| **Gross Earnings** | | **54.04** | **630.07** | **1,207.93** | **14,587.75** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 630.07 | 6.85 | 336.39 |
| MED | | 630.07 | 9.14 | 211.53 |
| MO | S-0 | 630.07 | 0.00 | 72.00 |
| SS | | 630.07 | 39.06 | 904.43 |
| **Taxes** | | | **55.05** | **1,524.35** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | | 1,560.00 |
| On Demand Payment Fee | | 12.50 |
| | | **1,572.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 575.02 |
| **Total Direct Deposits** | | **575.02** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 19.34 | 5.50 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

🌀 **paylocity**

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | September 20, 2024 | | 17534 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT Y AMERICA | C | ***5012 | 538.58 |
| **Total Direct Deposits** | | | **538.58** |

13124    7000-Community    455, 17534 18661        13124

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 711.21 | Check Date | September 20, 2024 | Voucher Number | 17534 |
|---|---|---|---|---|---|---|---|
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | September 2, 2024 | Net Pay | 538.58 |
| Hourly | $16.99 | State Filing Status | S-0 | Period Ending | September 15, 2024 | Total Hours Worked | 33.25 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | 25.49 | 5.40 | 137.62 | 25.37 | 633.47 |
| PTO | | | | 3.00 | 50.97 |
| REGULAR | 16.99 | 33.25 | 564.92 | 781.11 | 13,100.98 |
| Weekend Pr | 0.50 | 17.33 | 8.67 | 344.41 | 172.26 |
| **Gross Earnings** | | **55.98** | **711.21** | **1,153.89** | **13,957.68** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 711.21 | 14.97 | 329.54 |
| MED | | 711.21 | 10.31 | 202.39 |
| MO | S-0 | 711.21 | 2.00 | 72.00 |
| SS | | 711.21 | 44.10 | 865.37 |
| **Taxes** | | | **71.38** | **1,469.30** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 100.00 | 1,560.00 |
| On Demand Payment Fee | 1.25 | 12.50 |
| **Deductions** | **101.25** | **1,572.50** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | ***5012 | 538.58 |
| **Total Direct Deposits** | | **538.58** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 21.17 | 3.00 |

---

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

Direct Deposit Advice

*paylocity*

| | Check Date | | Voucher Number |
|---|---|---|---|
| | September 6, 2024 | | 17432 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNIT C Y AMERICA | | ***5012 | 425.37 |
| **Total Direct Deposits** | | | **425.37** |

13124   7000-Community   455  17432  18556        13124

Non Negotiable - This is not a check - Non Negotiable

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                         **Earnings Statement**

| Employee ID | 455 | Fed Taxable Income | 632.02 | Check Date | September 6, 2024 | Voucher Number | 17432 |
|---|---|---|---|---|---|---|---|
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | August 19, 2024 | Net Pay | 425.37 |
| Hourly | $16.99 | State Filing Status | S-0 | Period Ending | September 1, 2024 | Total Hours Worked | 36.68 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 19.97 | 495.85 |
| PTO | | | | 3.00 | 50.97 |
| REGULAR | 16.99 | 36.68 | 623.19 | 747.86 | 12,536.06 |
| Weekend Pr | 0.50 | 17.65 | 8.83 | 327.08 | 163.59 |
| **Gross Earnings** | | **54.33** | **632.02** | **1,097.91** | **13,246.47** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 632.02 | 7.05 | 314.57 |
| MED | | 632.02 | 9.16 | 192.08 |
| MO | S-0 | 632.02 | 0.00 | 70.00 |
| SS | | 632.02 | 39.19 | 821.27 |
| **Taxes** | | | **55.40** | **1,397.92** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 150.00 | 1,460.00 |
| On Demand Payment Fee | 1.25 | 11.25 |
| **Deductions** | **151.25** | **1,471.25** |

| Direct Deposits | | Type Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C | | ***5012 | 425.37 |
| **Total Direct Deposits** | | | **425.37** |

| Time Off | Available to Use | Plan Year Used |
|---|---|---|
| PTOP | 20.41 | 3.00 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00

**Arrow Senior Living Blue Springs**
3333 Rue Royale St
Ste 9
Saint Charles, MO 63301

Direct Deposit Advice

| | | Check Date | | Voucher Number |
|---|---|---|---|---|
| | | August 23, 2024 | | 17333 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| COMMUNITY AMERICA | C | ***5012 | 529.26 |
| **Total Direct Deposits** | | | **529.26** |

13124   7000-Community   455  17333  18454   **13124**

**Donna Darlene Taylor**
924 SW Sandy Lane
Grain Valley, MO  64029

Non Negotiable – This is not a check – Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

## Arrow Senior Living Blue Springs

**Donna Darlene Taylor**                                                    **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | 455 | Fed Taxable Income | 699.88 | Check Date | August 23, 2024 | Voucher Number | 17333 |
| Location | 7000-Community | Fed Filing Status | S | Period Beginning | August 5, 2024 | Net Pay | 529.26 |
| Hourly | $16.99 | State Filing Status | S-0 | Period Ending | August 18, 2024 | Total Hours Worked | 40.66 |

| Earnings | Rate | Hours | Amount | YTD Hours | YTD |
|---|---|---|---|---|---|
| HOLIDAY | | | | 19.97 | 495.85 |
| PTO | | | | 3.00 | 50.97 |
| REGULAR | 16.99 | 40.66 | 690.81 | 711.18 | 11,912.87 |
| Weekend Pr | 0.50 | 18.13 | 9.07 | 309.43 | 154.76 |
| **Gross Earnings** | | **58.79** | **699.88** | **1,043.58** | **12,614.45** |

| Taxes | Filing Status | Taxable | Amount | YTD |
|---|---|---|---|---|
| FITW | S | 699.88 | 13.83 | 307.52 |
| MED | | 699.88 | 10.15 | 182.92 |
| MO | S-0 | 699.88 | 2.00 | 70.00 |
| SS | | 699.88 | 43.39 | 782.08 |
| **Taxes** | | | **69.37** | **1,342.52** |

| Deductions | Amount | YTD |
|---|---|---|
| On Demand Payment | 100.00 | 1,310.00 |
| On Demand Payment Fee | 1.25 | 10.00 |
| **Deductions** | **101.25** | **1,320.00** |

| Direct Deposits | Type Account | Amount |
|---|---|---|
| COMMUNITY AMERICA CREDIT UNION C   ***5012 | | 529.26 |
| **Total Direct Deposits** | | **529.26** |

| | Available Plan Year | |
|---|---|---|
| Time Off | to Use | Used |
| PTOP | 19.69 | 3.00 |

Arrow Senior Living Blue Springs | 3333 Rue Royale St Ste 9  Saint Charles, MO 63301 | (636) 724-1766 | FEIN: 30-0836158 | MO: 08-34865-0-00