**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:

Donna D. Taylor

Debtor(s)

Case No. 25-40454-13

Chapter 13

## DECLARATION OF MAILING CERTIFICATE OF SERVICE

On 3/31/2025, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, Original

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein. Said mailing matrix was downloaded from the Western District of Missouri Bankruptcy Court's official court matrix on 3/31/2025.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/31/2025

/s/ Ryan A. Blay
Ryan A. Blay
Bar No. KS-001066
WM Law, PC
15095 West 116th Street
Olathe KS 66062-0000
(913)422-0909
blay@wagonergroup.com

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

---

In re:                                          Case No. 25-40454-13

    Donna D. Taylor                          Chapter 13

    Debtor(s)

---

### CERTIFICATE OF SERVICE DECLARATION OF MAILING

---

On 3/31/2025, I did cause a copy of the following document(s), described below:

Chapter 13 Plan, Original

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/31/2025

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 3/31/2025, I caused a copy of the Chapter 13 Plan and Original to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | | |
|---|---|---|---|---|
| Missouri Department of Revenue | | General Counsel's Office | P.O. Box 475 | Jefferson City MO 65105-0475 |
| ARDMORE FINANCE CORP | | 1011 S FIFTH ST | | Saint Charles MO 63301-2418 |
| Advance Financial | | 100 Oceanside Drive | | Nashville TN 37204-2351 |
| Avant/Webbank | | 222 N LaSalle St | Ste. 1700 | Chicago IL 60601-1101 |
| Capital One | | PO Box 31293 | | Salt Lake City UT 84131-0293 |
| COMMUNITY AMERICA CREDIT UNION | | POB 15950 | | LENEXA KS 66285-5950 |
| CommunityAmerica Credit Union | | 11125 Ambassador Dr, Ste. 1 | | Kansas City MO 64153-2057 |
| Credit First | | 6275 EASTLAND ROAD | | Brookpark OH 44142-1399 |
| CREDITNINJA | | 27 N WACKER DRIVE | SUITE 404 | CHICAGO IL 60606-2800 |
| Dash of Cash | 1329-A Arena Road, Lot 110 | Kahnawake Mohawk Territory | Quebec, Canada J0L1B0 | |
| ZENRESOLVE LLC | | JEFF BRONSON | 2770 MISSION RANCHERIA RD #315 | LAKEPORT CA 95453-9612 |
| Internal Revenue Service | | PO Box 7346 | Centralized Insolvency Operation | Philadelphia PA 19101-7346 |
| Jora Management Inc. | | d/b/a Echo Credit | PO Box 42994 | Philadelphia PA 19101-2994 |
| Jora Management, LLC d/b/a Echo Credit | | 7701 Las Colinas Ridge, | Ste. 650 | Irving TX 75063-8114 |
| Merrick Bank | | PO Box 9201 | 10705 S Jordan Gtwy Ste 20 | Old Bethpage NY 11804-9001 |
| Missouri Department of Revenue | | 301 W High St | attn: bankruptcy/insolvency | Jefferson City MO 65101-1517 |
| Missouri Title Loans, Inc. | | 1503 West 23rd St S, | | Independence MO 64050-4211 |
| Missouri Title Loans, Inc. | | 8601 Dunwoody Pl Ste 406 | | Atlanta GA 30350-2550 |
| Missouri Title Loans, Inc. | | c/o CT Corporation System | 5661 Telegraph Rd Ste 4B | Saint Louis MO 63129-4275 |
| Net Pay Advance | | 3615 N. Ridge Road | | Wichita KS 67205-1214 |
| Net Pay Advance | | 6820 W Central Ave, | | Wichita KS 67212-3377 |
| QCHI | | PO BOX 14948 | | LENEXA KS 66285-4948 |
| QC Holdings d/b/a LendNation | | 8208 Melrose Dr. | | Overland Park KS 66214-1626 |
| Rick Lafal | | 1700 nw willow dr, | | Grain Valley MO 64029-8008 |
| Security Finance | | PO Box 3146 | | Spartanburg SC 29304-3146 |
| Sparrow Financial, Inc./Evolve | | 8985 S EASTERN AVE STE 140 | | Las Vegas NV 89123-4896 |
| TD Bank USA/Target Credit | | PO Box 673 | | Minneapolis MN 55440-0673 |
| The Bank of Missouri | | PO Box 400 | | Dixon MO 65459-0400 |
| TOWER LOAN | | P O BOX 320001 | | FLOWOOD MS 39232-0001 |
| Webbank/ATLS/IMAGINE | | 5 CONCOURSE PKWY STE 300 | | Atlanta GA 30328-6101 |
| Westplake Service Inc. | | 4751 Wilshire Blvd Ste 100 | | Los Angeles CA 90010-3847 |
| POSSIBLE FINANCIAL INC | | PO BOX 98686 | | LAS VEGAS NV 89193-8686 |
| Donna Darlene Taylor | | 924 SW Sandy Lane | | Grain Valley MO 64029-8441 |

| OFFICE OF THE CHAPTER 13 TRUSTEE | | | ATTN RICHARD V FINK | 2345 GRAND BLVD SUITE 1200 | KANSAS CITY MO 64108-0001 |
|---|---|---|---|---|---|
| Ryan A. Blay | | | Wm Law | 15095 W 116th St. | Olathe KS 66062-1098 |