# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DONNA DARLENE TAYLOR                    CASE NUMBER: 2540454
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __4/2/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user, pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

DONNA DARLENE TAYLOR,924 SW SANDY LN,GRAIN VALLEY MO 64029

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ____4/2/2025____                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  **DONNA DARLENE TAYLOR**                    **Chapter 13**

                                                    **Case No.: 25-40454-btf-13**

              **Debtor**

**SSN XXX-XX-3903**

---

### ORDER DIRECTING DEBTOR TO PAY TRUSTEE

---

| PLAN PAYMENTS | | |
|---|---|---|
| Due Date | Amount | Periods |
| April 30, 2025 | $360.00 monthly | Until further Order of the Court |

CHAPTER 13 PLAN PAYMENTS CAN BE MADE IN THE FOLLOWING WAYS:

- **Send a personal check, money order, or cashier's check** made payable to "Office of the Chapter 13 Trustee, Richard V. Fink, Trustee" at the following address:

    Richard V. Fink, Trustee
    PO Box 1839
    Memphis, TN 38101-1839

    Please write your name and Chapter 13 case number on each payment.  Do not mail your Chapter 13 Plan payments to the trustee's administrative office in Kansas City.

- **Make a payment online** through the trustee's ePay System at https://www.wdmo13.com/epay or through Nationwide TFS at https://tfsbillpay.com.

CASH WILL NOT BE ACCEPTED.

You can contact the trustee's office at (816) 842-1031.

Failure to comply with this Order may result in your plan being dismissed.

The Court, having determined that it has exclusive jurisdiction of your wages, salaries, commissions and future earnings for the purpose of paying your debts under the Chapter 13 plan, it is hereby ORDERED that you pay the amounts listed on the schedule above.

It is further ORDERED that the first payment is due by April 30, 2025. Subsequent payments are due as called for under the plan.

/s/ Brian T. Fenimore

April 01, 2025

Bankruptcy Judge

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

CH      /Order - Wage - Direct - Original