| Information to identify the case: | | |
|---|---|---|
| **Debtor 1:** | Donna Darlene Taylor<br>First Name    Middle Name    Last Name | Social Security number or ITIN:  xxx–xx–3903<br>EIN:  _ _–_ _ _ _ _ _ _ |
| **Debtor 2:**<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN:  _ _ _ _<br>EIN:  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court:  Western District of Missouri | | Date case filed for chapter:    13    3/31/25 |
| Case number:  25–40454–btf13 | | |

Official Form 309I

## Notice of Chapter 13 Bankruptcy Case

02/24

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| **1.** | **Debtor's full name** | Donna Darlene Taylor | |
| **2.** | **All other names used in the last 8 years** | | |
| **3.** | **Address** | 924 SW Sandy Lane<br>Grain Valley, MO 64029 | |
| **4.** | **Debtor's attorney**<br>Name and address | Ryan A. Blay<br>Wm Law<br>15095 W 116th St.<br>Olathe, KS 66049 | Contact phone 913–422–0909<br><br>Email:  bankruptcy@wagonergroup.com |
| **5.** | **Bankruptcy trustee**<br>Name and address | Richard Fink<br>Suite 1200<br>2345 Grand Blvd.<br>Kansas City, MO 64108–2663 | Contact phone 816–842–1031<br><br>Email:  info@wdmo13.com |
| **6.** | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | U.S. Bankruptcy Court<br>Charles Evans Whittaker Courthouse<br>400 East 9th Street, Room 1510<br>Kansas City, MO 64106 | Hours open:<br>9:00 am – 4:30 pm<br><br>Contact phone 816–512–1800<br><br>Date: 3/31/25 |

**For more information, see page 2**

Debtor  **Donna Darlene Taylor**                                                                              Case number **25–40454–btf13**

| **7. Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **May 6, 2025 at 01:00 PM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:** **Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 832 466 1500, and Passcode 5342151354 OR, call 1 816 393 6213** |
|---|---|---|

**For additional meeting information go to https://www.justice.gov/ust/moc**

| **8. Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **_Deadline to file a complaint to challenge dischargeability of certain debts:_** **You must file:** <br> • a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or <br><br> • a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 7/7/25** |
|---|---|---|
| | **Deadline for holders(s) of a claim secured by a security interest in the debtor(s)' principal residence (Rule 3002(c)(7)(A)):** | **Filing deadline: 6/9/25** |
| | **Deadline for all creditors to file a Proof of Claim (except governmental units and holders of a claim that is secured by a security interest in the debtor(s)' principal residence):** | **Filing deadline: 6/9/25** |
| | **Deadline for governmental units to file a Proof of Claim (except as otherwise provided in Fed. R. Bankr. P. 3002(c)(1)):** | **Filing deadline: 9/29/25** |
| | **Filing proof of claim:** <br> A proof of claim is a signed statement describing a creditor's claim. To file a proof of claim electronically click on the ePOC link: ePOC–Electronic Proof of Claim or go to  https://www.mow.uscourts.gov/bankruptcy/creditors/epoc–ereaf–ergn <br> If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the _conclusion_ of the meeting of creditors |

| **9. Objections to plan** | Objections to the confirmation must be filed within 21 days after conclusion of the 341 meeting. The Court will set a confirmation hearing only upon the filing of a timely objection to confirmation, or a response is filed to the trustee's motion to deny confirmation. The plan may be confirmed without a hearing or reviewing any evidence absent timely objections |
|---|---|
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. |

United States Bankruptcy Court

Western District of Missouri

In re:                                                                                    Case No. 25-40454-btf

Donna Darlene Taylor                                                    Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0866-4                         User: adkt                              Page 1 of 2

Date Rcvd: Mar 31, 2025                  Form ID: 309I                        Total Noticed: 35

The following symbols are used throughout this certificate:
**Symbol         Definition**

+                      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                       regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 02, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Donna Darlene Taylor, 924 SW Sandy Lane, Grain Valley, MO 64029-8441 |
| 17353416 | + | ARDMORE FINANCE CORP, 1011 S FIFTH ST, Saint Charles MO 63301-2418 |
| 17353423 | | Dash of Cash, 1329-A Arena Road, Lot 110, Kahnawake Mohawk Territory, Quebec, Canada J0L1B0 |
| 17353426 | + | Jora Management Inc., d/b/a Echo Credit, PO Box 42994, Philadelphia PA 19101-2994 |
| 17353427 | + | Jora Management, LLC d/b/a Echo Credit, 7701 Las Colinas Ridge,, Ste. 650, Irving TX 75063-8114 |
| 17353430 | + | Missouri Title Loans, Inc., 1503 West 23rd St S,, Independence MO 64050-4211 |
| 17353432 | | Missouri Title Loans, Inc., c/o CT Corporation System, 5661 Telegraph Rd Ste 4B, Saint Louis MO 63129-4275 |
| 17353438 | + | Rick Lafal, 1700 nw willow dr,, Grain Valley MO 64029-8008 |
| 17353445 | | Westplake Service Inc., 4751 Wilshire Blvd Ste 100, Los Angeles CA 90010-3847 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern
Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: bankruptcy@wagonergroup.com | Mar 31 2025 21:11:00 | Ryan A. Blay, Wm Law, 15095 W 116th St., Olathe, KS 66049 |
| tr | | Email/Text: bncincdocs@wdmo13.com | Mar 31 2025 21:11:00 | Richard Fink, Suite 1200, 2345 Grand Blvd., Kansas City, MO 64108-2663 |
| smg | | Email/Text: ecfnotices@dor.mo.gov | Mar 31 2025 21:11:00 | Missouri Department of Revenue, General Counsel's Office, PO Box 475, Jefferson City, MO 65105-0475 |
| 17353415 | + | Email/Text: bankruptcy@af247.com | Mar 31 2025 21:11:00 | Advance Financial, 100 Oceanside Drive, Nashville TN 37204-2351 |
| 17353417 | | Email/Text: bk@avant.com | Mar 31 2025 21:11:00 | Avant/Webbank, 222 N LaSalle St, Ste. 1700, Chicago IL 60601-1101 |
| 17353419 | | Email/Text: cacubankruptcy@cacu.com | Mar 31 2025 21:11:00 | Community America Credit Union, PO BOX 15950, Lenexa KS 66285-0000 |
| 17353422 | | Email/Text: bankruptcy_filings@creditninja.com | Mar 31 2025 21:11:00 | Credit Ninja, 27 North Wacker Drive, Suite 404, Attn: customer service, Chicago IL 60606-0000 |
| 17353418 | + | EDI: CAPITALONE.COM | Apr 01 2025 01:04:00 | Capital One, PO Box 31293, Salt Lake City UT 84131-0293 |
| 17353420 | + | Email/Text: cacubankruptcy@cacu.com | Mar 31 2025 21:11:00 | CommunityAmerica Credit Union, 11125 Ambassador Dr, Ste. 1, Kansas City MO 64153-2057 |
| 17353421 | | EDI: CRFRSTNA.COM | Apr 01 2025 01:04:00 | Credit First, 6275 EASTLAND ROAD, Brookpark OH 44142-1399 |
| 17353425 | + | EDI: IRS.COM | Apr 01 2025 01:04:00 | Internal Revenue Service, PO Box 7346, Centralized Insolvency Operation, Philadelphia PA 19101-7346 |
| 17353428 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Mar 31 2025 21:20:32 | Merrick Bank, PO Box 9201, 10705 S Jordan Gtwy Ste 20, Old Bethpage NY 11804-9001 |

District/off: 0866-4 | User: adkt | Page 2 of 2
Date Rcvd: Mar 31, 2025 | Form ID: 309I | Total Noticed: 35

| | | | |
|---|---|---|---|
| 17353429 | + Email/Text: ecfnotices@dor.mo.gov | Mar 31 2025 21:11:00 | Missouri Department of Revenue, 301 W High St, attn: bankruptcy/insolvency, Jefferson City MO 65101-1517 |
| 17353431 | Email/Text: bankruptcy_department@clacorp.com | Mar 31 2025 21:11:00 | Missouri Title Loans, Inc., 8601 Dunwoody Pl Ste 406, Atlanta GA 30350-2550 |
| 17353433 | + Email/Text: customerservice@netpayadvance.com | Mar 31 2025 21:11:00 | Net Pay Advance, 6820 W Central Ave,, Wichita KS 67212-3377 |
| 17353434 | + Email/Text: bkinfo@ccfi.com | Mar 31 2025 21:11:00 | Net Pay Advance, 3615 N. Ridge Road, Wichita KS 67205-1214 |
| 17353435 | Email/Text: bankruptcy@possiblefinance.com | Mar 31 2025 21:11:00 | possible financial inc., PO Box 98686,, Las Vegas NV 89193-0000 |
| 17353437 | + Email/Text: bankruptcy@qcholdings.com | Mar 31 2025 21:11:00 | QC Holdings d/b/a LendNation, 8208 Melrose Dr., Overland Park KS 66214-1626 |
| 17353436 | Email/Text: bankruptcy@qcholdings.com | Mar 31 2025 21:11:00 | QC Financial Services, Inc., d/b/a LendNation, 16218 E US Highway 24, Independence MO 64056-0000 |
| 17353439 | + Email/Text: Bankruptcy.Noticing@Security-Finance.com | Mar 31 2025 21:11:00 | Security Finance, PO Box 3146, Spartanburg SC 29304-3146 |
| 17353440 | Email/Text: hello@sparrowcard.com | Mar 31 2025 21:11:00 | Sparrow Financial, Inc./Evolve, 8985 S EASTERN AVE STE 140, Las Vegas NV 89123-4896 |
| 17353441 | EDI: WTRRNBANK.COM | Apr 01 2025 01:04:00 | TD Bank USA/Target Credit, PO Box 673, Minneapolis MN 55440-0673 |
| 17353443 | Email/Text: bankruptcy@towerloan.com | Mar 31 2025 21:11:00 | Tower Loan, PO Box 320001, Flowood MS 39232-0001 |
| 17353442 | Email/Text: jcissell@bankofmissouri.com | Mar 31 2025 21:11:00 | The Bank of Missouri, PO Box 400, Dixon MO 65459-0400 |
| 17353444 | Email/Text: Atlanticus@ebn.phinsolutions.com | Mar 31 2025 21:11:00 | Webbank/ATLS/IMAGINE, 5 CONCOURSE PKWY STE 300, Atlanta GA 30328-6101 |
| 17353424 | Email/Text: ZenResolve@ebn.phinsolutions.com | Mar 31 2025 21:11:00 | Freedom Cash Lenders, 2726 Mission Rancheria Rd, Lakeport CA 95453-0000 |

TOTAL: 26

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 02, 2025      Signature:      /s/Gustava Winters