# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DONNA DARLENE TAYLOR                                      CASE NUMBER: 2540454
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on ___4/15/2025___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ADVANCE FINANCIAL,100 OCEANSIDE DRIVE,NASHVILLE TN 37204
ARDMORE FINANCE CORP,1011 S FIFTH ST,SAINT CHARLES MO 63301
ARDMORE FINANCE,1348 NW HWY 7,BLUE SPRINGS MO 64014
AVANT/WEBBANK,222 N LASALLE ST,STE 1700,CHICAGO IL 60601-1101
CAPITAL ONE,PO BOX 31293,SALT LAKE CITY UT 84131
COMMUNITY AMERICA CREDIT UNION,PO BOX 15950,LENEXA KS 66285
COMMUNITYAMERICA CREDIT UNION,11125 AMBASSADOR DR STE 1,KANSAS CITY MO 64153
CREDIT FIRST NA,PO BOX 818011,CLEVELAND OH 44181-8011
CREDIT FIRST,6275 EASTLAND ROAD,BROOKPARK OH 44142-1399
CREDIT NINJA,27 NORTH WACKER DRIVE SUITE 404,ATTN CUSTOMER SERVICE,CHICAGO IL 60606
DASH OF CASH,,1329-A ARENA ROAD LOT   11000
DONNA DARLENE TAYLOR,924 SW SANDY LANE,GRAIN VALLEY MO 64029
FREEDOM CASH LENDERS,2726 MISSION RANCHERIA RD,LAKEPORT CA 95453
INTERNAL REVENUE SERVICE,PO BOX 7346,CENTRALIZED INSOLVENCY OPERATION,PHILADELPHIA PA 19101-7317
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
JORA MANAGEMENT INC,D/B/A ECHO CREDIT,PO BOX 42994,PHILADELPHIA PA 19101
JORA MANAGEMENT LLC D/B/A ECHO CREDIT,7701 LAS COLINAS RIDGE,STE 650,IRVING TX 75063
LEND NATION,PO BOX 14948,LENEXA KS 66285
MERRICK BANK,PO BOX 9201,10705 S JORDAN GTWY STE 20,OLD BETHPAGE NY 11804-9001
MISSOURI DEPARTMENT OF REVENUE,301 W HIGH ST,ATTN  BANKRUPTCY/INSOLVENCY,JEFFERSON CITY MO 65101
MISSOURI TITLE LOANS INC,1503 WEST 23RD ST S,INDEPENDENCE MO 64050
MISSOURI TITLE LOANS INC,8601 DUNWOODY PL STE 406,ATLANTA GA 30350-2550
MISSOURI TITLE LOANS INC,C/O CT CORPORATION SYSTEM,5661 TELEGRAPH RD STE 4B,SAINT LOUIS MO 63129-4275
NET PAY ADVANCE,3615 N RIDGE ROAD,WICHITA KS 67205
NET PAY ADVANCE,6820 W CENTRAL AVE,WICHITA KS 67212
POSSIBLE FINANCIAL INC,PO BOX 98686,LAS VEGAS NV 89193
QC FINANCIAL SERVICES INC,D/B/A LENDNATION,16218 E US HIGHWAY 24,INDEPENDENCE MO 64056
QC HOLDINGS D/B/A LENDNATION,8208 MELROSE DR,OVERLAND PARK KS 66214
RICK LAFAL,1700 NW WILLOW DR,GRAIN VALLEY MO 64029
RYAN A BLAY,WM LAW,15095 W 116TH ST,OLATHE KS 66049
SECURITY FINANCE,PO BOX 3146,SPARTANBURG SC 29304
SPARROW FINANCIAL INC/EVOLVE,8985 S EASTERN AVE STE 140,LAS VEGAS NV 89123-4896
TD BANK USA/TARGET CREDIT,PO BOX 673,MINNEAPOLIS MN 55440-0673
THE BANK OF MISSOURI,PO BOX 400,DIXON MO 65459-0400
TITLEMAX OF MISSOURI INC,15 BULL STREET SUITE 200,SAVANNAH GA 31401
TOWER LOAN,PO BOX 320001,FLOWOOD MS 39232-0001
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001
WEBBANK/ATLS/IMAGINE,5 CONCOURSE PKWY STE 300,ATLANTA GA 30328-6101
WESTPLAKE SERVICE INC,4751 WILSHIRE BLVD STE 100,LOS ANGELES CA 90010-3847

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ___4/15/2025___                    Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

**IN THE UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF MISSOURI**

| | |
|---|---|
| **IN RE:** | ) |
| | ) |
| **DONNA DARLENE TAYLOR** | ) |
| | ) |
| | ) |
| **DEBTOR(S) ) CASE # 25-40454-btf-13** | |

**TRUSTEE'S OBJECTION TO ENTRY OF CHAPTER 13 DISCHARGE UNDER
11 U.S.C. §1328(f)**

COMES now Richard V. Fink, Chapter 13 Trustee, and files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f) and in support thereof states:

1. On March 31, 2025, Donna Darlene Taylor ("debtor") filed for relief under Chapter 13 of Title 11 of the United States Bankruptcy Code.

2. Debtor received a discharge in prior bankruptcy case 23-40830-btf-7, which was filed in the Western District of Missouri on June 21, 2023 with a discharge date of October 13, 2023.

3. Debtor received a discharge in a case filed under chapter 7, 11 or 12 during the 4-year period preceding the date of the order for relief of the above-referenced case or received a discharge in a case filed under chapter 13 during the 2-year period preceding the date of the order for relief of the above-referenced case.

4. Debtor is not eligible to receive a discharge pursuant to 11 U.S.C. §1328(f), even upon successful completion of a confirmed Chapter 13 plan.

5. Pursuant to Federal Rule of Bankruptcy Procedure 4004(a) a motion objecting to a debtor's discharge under 11 U.S.C. §1328(f) must be filed within 60 days after the first date set for the meeting of creditors under §341(a).

6. The date first set for the meeting of creditors is May 6, 2025; therefore, this objection is timely filed.

7. The trustee requests that the court enter an order granting this Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) and find that the debtor is ineligible to receive a discharge pursuant to 11 U.S.C. §1328(f), and such other relief as may be just and equitable.

Based on the foregoing, the Trustee files this Objection to Entry of Chapter 13 Discharge under 11 U.S.C. §1328(f).

Respectfully submitted,
/s/ Richard V. Fink, Trustee
Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, Mo. 64108

## NOTICE OF MOTION

**Any response to the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f) **must be filed within twenty-one (21) days of the date of this notice (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006) with the Clerk of the United States Bankruptcy Court.** Documents can be filed electronically at http://ecf.mowb.uscourts.gov. A copy of such response shall be served electronically by the Court on the Chapter 13 Trustee and all other parties to the case who have registered for electronic filing. If debtor's counsel is not registered for electronic filing, you must serve the response by mail. If a response is timely filed, the Court will either rule the matter based on the pleadings, or set the matter for a hearing. If a hearing is to be held, notice of such hearing will be sent to all parties in interest. **If no response is filed within twenty-one (21) days (subject to an extension pursuant to Federal Rule of Bankruptcy Procedure 9006), the Court will enter an Order granting the** Objection to Entry of Chapter 13 Discharge Under 11 U.S.C. §1328(f). For information about electronic filing, go to http://www.mow.uscourts.gov. If you have any questions about this document, contact your attorney.

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States first class mail and a certificate of service will be filed thereafter:

Debtor(s)
Wagoner Bankruptcy Group, attorney for debtor(s) (206)
All creditors

/s/ Richard V. Fink, Trustee