# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DONNA DARLENE TAYLOR                                    CASE NUMBER: 2540454
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on __5/12/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

ADVANCE FINANCIAL,100 OCEANSIDE DRIVE,NASHVILLE TN 37204
ARDMORE FINANCE CORP,1011 S FIFTH ST,SAINT CHARLES MO 63301
ARDMORE FINANCE,1348 NW HWY 7,BLUE SPRINGS MO 64014
AVANT/WEBBANK,222 N LASALLE ST,STE 1700,CHICAGO IL 60601-1101
CAPITAL ONE,PO BOX 31293,SALT LAKE CITY UT 84131
COMMUNITY AMERICA CREDIT UNION,PO BOX 15950,LENEXA KS 66285
COMMUNITYAMERICA CREDIT UNION,11125 AMBASSADOR DR STE 1,KANSAS CITY MO 64153
CREDIT FIRST NA,PO BOX 818011,CLEVELAND OH 44181-8011
CREDIT FIRST,6275 EASTLAND ROAD,BROOKPARK OH 44142-1399
CREDIT NINJA,27 NORTH WACKER DRIVE SUITE 404,ATTN CUSTOMER SERVICE,CHICAGO IL 60606
DASH OF CASH,,1329-A ARENA ROAD LOT   11000
DONNA DARLENE TAYLOR,924 SW SANDY LANE,GRAIN VALLEY MO 64029
FLOWERING PEACH BK LLC,PERITUS PORTFOLIO SERVICES II LLC,PO BOX 1149,GRAPEVINE TX 76099
FREEDOM CASH LENDERS,2726 MISSION RANCHERIA RD,LAKEPORT CA 95453
INTERNAL REVENUE SERVICE,PO BOX 7346,CENTRALIZED INSOLVENCY OPERATION,PHILADELPHIA PA 19101-7317
IRS INSOLVENCY SUPERVISORY REVENUE OFFICER,ADVISORY/ INSOLVENCY SB / SE T7 GRP 6,2850 NE INDEPENDENCE AVE,LEES SUMMIT MO 64064
JORA MANAGEMENT INC,D/B/A ECHO CREDIT,PO BOX 42994,PHILADELPHIA PA 19101
JORA MANAGEMENT LLC D/B/A ECHO CREDIT,7701 LAS COLINAS RIDGE,STE 650,IRVING TX 75063
LEND NATION,PO BOX 14948,LENEXA KS 66285
MERRICK BANK,PO BOX 9201,10705 S JORDAN GTWY STE 20,OLD BETHPAGE NY 11804-9001
MISSOURI DEPARTMENT OF REVENUE,301 W HIGH ST,ATTN  BANKRUPTCY/INSOLVENCY,JEFFERSON CITY MO 65101
MISSOURI TITLE LOANS INC,1503 WEST 23RD ST S,INDEPENDENCE MO 64050
MISSOURI TITLE LOANS INC,8601 DUNWOODY PL STE 406,ATLANTA GA 30350-2550
MISSOURI TITLE LOANS INC,C/O CT CORPORATION SYSTEM,5661 TELEGRAPH RD STE 4B,SAINT LOUIS MO 63129-4275
NET PAY ADVANCE,3615 N RIDGE ROAD,WICHITA KS 67205
NET PAY ADVANCE,6820 W CENTRAL AVE,WICHITA KS 67212
POSSIBLE FINANCIAL INC,PO BOX 98686,LAS VEGAS NV 89193
QC FINANCIAL SERVICES INC,D/B/A LENDNATION,16218 E US HIGHWAY 24,INDEPENDENCE MO 64056
QC HOLDINGS D/B/A LENDNATION,8208 MELROSE DR,OVERLAND PARK KS 66214
QUANTUM3 GROUP LLC AS AGENT FOR,SADINO FUNDING LLC,PO BOX 788,KIRKLAND WA 98083-0788
RICK LAFAL,1700 NW WILLOW DR,GRAIN VALLEY MO 64029
RYAN A BLAY,WM LAW,15095 W 116TH ST,OLATHE KS 66049
SECURITY FINANCE,PO BOX 3146,SPARTANBURG SC 29304
SPARROW FINANCIAL INC/EVOLVE,8985 S EASTERN AVE STE 140,LAS VEGAS NV 89123-4896
TD BANK USA/TARGET CREDIT,PO BOX 673,MINNEAPOLIS MN 55440-0673
THE BANK OF MISSOURI,PO BOX 400,DIXON MO 65459-0400
TITLEMAX OF MISSOURI INC,15 BULL STREET SUITE 200,SAVANNAH GA 31401
TOWER LOAN,PO BOX 320001,FLOWOOD MS 39232-0001
US ATTORNEY,ROOM 5510 US COURTHOUSE,400 E 9TH ST,KANSAS CITY MO 64106
US DEPARTMENT OF JUSTICE,ATTN: ATTORNEY GENERAL,950 PENNSYLVANIA AVE NW,WASHINGTON DC 20530-0001
WEBBANK/ATLS/IMAGINE,5 CONCOURSE PKWY STE 300,ATLANTA GA 30328-6101
WESTPLAKE SERVICE INC,4751 WILSHIRE BLVD STE 100,LOS ANGELES CA 90010-3847

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ____5/12/2025____                Signature : _____

                                        Premium Graphics, Inc.
                                        2099 Thomas Road Suite 10
                                        Memphis, TN 38134

Case: 25-40454

Name: DONNA DARLENE TAYLOR

Date: 5/7/2025

Doc#: 20


Order of the Court

The motion objecting to the discharge of debtor(s) due to the debtor(s) receiving a discharge in a previous case is hereby GRANTED. The debtor(s) filed a Chapter 7 case on 06/21/2023, and thereafter received a discharge. The pending case was filed on 03/31/2025. Therefore, under 727(a)(8) and (a)(9) or 1328(f), the debtor(s) would not be entitled to a discharge in this case. No discharge shall be entered in this case for the debtor(s).

It is so ORDERED by /s/ Brian T. Fenimore


The moving party is to serve this order on parties not receiving electronic notice but entitled to notice pursuant to Fed. R. Bankr. P. 2002, Local Rule 2002-1 and other applicable law.
File the Certificate of Service and relate it to the epo category.
This Notice of Electronic Filing is the Official ORDER for this entry. No document is attached.
 (Related document(s)16 Motion to Object to Debtors Discharge (prior discharge)) (CDW)