**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

In re:      Donna D. Taylor                                    )      Case No. 25-40454

DEBTOR      )

## MOTION TO VACATE ORDER DENYING CONFIRMATION OF PLAN TO FILE RESPONSE TO MOTION TO DENY CONFIRMATION

**COMES NOW** Debtor, Donna D. Taylor, by and through counsel, and for her Motion to Vacate the Order Denying Confirmation of Plan in order to file a Response Out of Time to the Trustee's Motion to Deny Confirmation of Plan, and in support thereof shows the Court as follows:

1.      On March 31, 2025 Debtor filed her Petition for Chapter 13 relief.

2.      On May 3, 2025, this Court entered its Order Denying Confirmation of Debtor's Plan.

3.      Upon further review, Debtor's Counsel has determined an amended plan will not address the issues cited in the Trustee's Motion to Deny Confirmation of Plan.  Rather a Response to the Trustee's Motion will address said issues and render Debtor's Plan confirmable.

4.      Concurrent with the filing of this Motion, Debtor will file a Motion to File a Response to the Trustee's Motion to Deny Confirmation of Plan.

WHEREFORE, Debtor requests that the Court vacate the Order Denying Confirmation of Debtor's Plan (Doc. #19), so that Debtor may be allowed to file a response to the Trustee's Motion to Deny Confirmation of Debtor's Plan, and for such other and further relief as the Court deems just and proper.

Dated: May 23, 2025                     Respectfully submitted,
                                        WM Law

                                        /s/ Ryan A. Blay
                                        Ryan A. Blay, MO #KS001066; KS #28110
                                        15095 W. 116th St.
                                        Olathe, KS 66062
                                        Phone (913) 422-0909 / Fax (913) 428-8549
                                        blay@wagonergroup.com
                                        ATTORNEY FOR DEBTOR

## NOTICE OF MOTION

Any response to the motion must be filed with 21 days of the date of this notice, pursuant to Local rule 9013-1C, with the Clerk of the United States Bankruptcy Court.  Parties represented by an attorney shall file electronically at https://ecf.mowb.uscourts.gov.  Pro se parties shall mail filings to: United States Bankruptcy Court, Western District of Missouri, 400 East 9th Street, Room 1510, Kansas City, MO 64106.  Pursuant to 9013-1D, responses shall address the merits of the motion and, if applicable, set out actions to remedy the particular problem.  The Court will serve such response electronically on the Trustee, debtor's attorney and all other parties to the case who have registered for electronic filing.  Respondent shall serve all parties who are not served electronically.

If a response is timely filed, a hearing will be held on a date and time determined by the Court. Notice of such hearing will be provided to all parties in interest.  If no response is filed within 21 days, the Court will enter an order.

For information about electronic filing go to www.mow.uscourts.gov or call the Court's HELP line at 1-800-466-9302.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the Motion was served, in addition to the parties notified by the US Bankruptcy Court's electronic notification, upon the affected creditors and other parties in interest via US First Class Mail, postage prepaid, on Friday, May 23, 2025.

/s/ Ryan A. Blay

Court Address: U.S. Bankruptcy Court, 400 E. 9th St., Room 1510, Kansas City, MO 64106