## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

In re:        Donna D. Taylor                              )      CASE NO.  25-40454
                                                           )
                                              Debtor    )

### RESPONSE TO TRUSTEE'S MOTION TO DENY CONFIRMATION OF PLAN

**COMES NOW** the above-captioned Debtor, by and through Counsel, and for this Response to the Trustee's Motion to Deny Confirmation of Chapter 13 Plan, states that Debtor provided her tax returns via FTP File Upload on May 2, 2025. Therefore the Trustee's Motion to Deny Confirmation should be denied.

**WHEREFORE**, Debtor prays the Court for an order denying the Trustee's Motion to Deny Confirmation, instead enter an order confirming Debtor's Plan, and for such other relief as the Court deems equitable and proper.


Dated: May 23, 2025                          Respectfully submitted,
                                             WM Law

                                             /s/ Ryan A. Blay
                                             Ryan A. Blay, MO #KS001066; KS #28110
                                             15095 W. 116th St.
                                             Olathe, KS 66062
                                             Phone (913) 422-0909 / Fax (913) 428-8549
                                             blay@wagonergroup.com
                                             ATTORNEY FOR DEBTOR

### CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2025, the foregoing was delivered via e-mail to the parties listed below, and parties that are registered to receive electronic filings on ECF, and regular first class, postage prepaid to the parties listed below that are not registered to receive electronic filings on ECF.

Via the Court's ECF Notice: Richard V. Fink, standing Chapter 13 Trustee

                                             /s/ Ryan A. Blay

Court Address: U.S. Bankruptcy Court, 400 E. 9th Street, Kansas City, MO 64106.                    1