# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  DONNA DARLENE TAYLOR**

**Case No.:  25-40454-btf-13**

**Debtor**

### CHAPTER 13 TRUSTEE'S CERTIFICATION
### CONCERNING INITIAL CONFIRMATION OF DEBTOR'S PLAN

COMES NOW Richard V. Fink, Chapter 13 Trustee, and for his certification states as follows: He is the Standing Chapter 13 Trustee and has reviewed debtor's schedules and plan, and has conducted a §341(a) meeting of creditors. Based on the information currently available, the proposed plan appears to be feasible, submitted in good faith and not for any reason prohibited by law, and complies with applicable provisions of Chapter 13 of Title 11 of the United States Code. The trustee is not aware of any objection to or rejection of the plan that has not been resolved, withdrawn or ruled upon.

May 27, 2025

Respectfully submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

LB/Certification Confirmation