# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  DONNA DARLENE TAYLOR**

**Case No.:  25-40454-btf-13**

**Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DENY CONFIRMATION OF THE CHAPTER 13 PLAN

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 15 filed on April 11, 2025, be withdrawn, and in support thereof states:

1.  On April 11, 2025, the trustee filed a(n) Trustees Motion to Deny Confirmation of the Chapter 13 Plan. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 15 filed on April 11, 2025, be withdrawn.

May 28, 2025

Respectfully Submitted,

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RG      /Withdrawal - Generic