# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DONNA DARLENE TAYLOR                                          CASE NUMBER: 2540454

DEBTOR 2 NAME:

I _____ Robert J Wallace, Jr. _____ certify under penalty of perjury that I have served the attached document on the below listed entities in the manner shown on __5/29/2025__ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

DONNA DARLENE TAYLOR,924 SW SANDY LN,GRAIN VALLEY MO 64029

By Electronic Transmittal :

By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information and belief.

Date : ___5/29/2025___                       Signature : ___Robert J. Wallace, Jr.___

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

In re:  DONNA DARLENE TAYLOR

Case No.:  25-40454-btf-13

**Debtor**

## WITHDRAWAL OF TRUSTEES MOTION TO DENY CONFIRMATION OF THE CHAPTER 13 PLAN

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 15 filed on April 11, 2025, be withdrawn, and in support thereof states:

1. On April 11, 2025, the trustee filed a(n) Trustees Motion to Deny Confirmation of the Chapter 13 Plan. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 15 filed on April 11, 2025, be withdrawn.

Respectfully Submitted,

May 28, 2025

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

RG       /Withdrawal - Generic