# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  DONNA DARLENE TAYLOR**

                              **Case No.:  25-40454-btf-13**

           **Debtor**

## WITHDRAWAL OF CHAPTER 13 TRUSTEES CERTIFICATION CONCERNING CONFIRMATION OF DEBTORS PLAN

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 25 filed on May 27, 2025, be withdrawn, and in support thereof states:

1. On May 27, 2025, the trustee filed a(n) Chapter 13 Trustees Certification Concerning Confirmation of Debtors Plan. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 25 filed on May 27, 2025, be withdrawn.

June 03, 2025

                             Respectfully Submitted,

                             /s/ Richard V. Fink, Trustee

                             Richard V. Fink, Trustee
                             2345 Grand Blvd., Ste. 1200
                             Kansas City, MO 64108-2663
                             (816) 842-1031

### NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

                             /s/ Richard V. Fink, Trustee

                                                    LB    /Withdrawal - Generic