# CERTIFICATE OF SERVICE

DEBTOR 1 NAME: DONNA DARLENE TAYLOR                                    CASE NUMBER: 2540454
DEBTOR 2 NAME:

I _____Robert J Wallace, Jr._____ certify under penalty of perjury that I have served the attached document on the below
listed entities in the manner shown on ___6/4/2025___ :

Via U.S. First Class Mail, or electronic service, if such interested party is an electronic filing user,
pursuant to Local Rule 2002-1, Fed. R. Bankr. P. 2002 and other applicable law.

DONNA DARLENE TAYLOR,924 SW SANDY LN,GRAIN VALLEY MO 64029

By Electronic Transmittal :
By Fax :

I certify that I have prepared the Certificate of Service and that it is a true and correct copy to the best of my knowledge, information
and belief.

Date : ___6/4/2025___          Signature : _____

Premium Graphics, Inc.
2099 Thomas Road Suite 10
Memphis, TN 38134

# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

**In re:  DONNA DARLENE TAYLOR**

**Case No.:  25-40454-btf-13**

**Debtor**

## WITHDRAWAL OF CHAPTER 13 TRUSTEES CERTIFICATION CONCERNING CONFIRMATION OF DEBTORS PLAN

COMES NOW, Richard V. Fink, Chapter 13 Trustee, and requests that Document 25 filed on May 27, 2025, be withdrawn, and in support thereof states:

1. On May 27, 2025, the trustee filed a(n) Chapter 13 Trustees Certification Concerning Confirmation of Debtors Plan. The trustee has cause to withdraw the pleading.

WHEREFORE, the Trustee requests that Document 25 filed on May 27, 2025, be withdrawn.

Respectfully Submitted,

June 03, 2025

/s/ Richard V. Fink, Trustee

Richard V. Fink, Trustee
2345 Grand Blvd., Ste. 1200
Kansas City, MO 64108-2663
(816) 842-1031

## NOTICE OF SERVICE

The following parties will be served either electronically or by United States First Class Mail and a certificate of service will be filed thereafter:

DEBTOR(S)
WAGONER BANKRUPTCY GROUP (206) - ATTORNEY FOR DEBTOR(S)

/s/ Richard V. Fink, Trustee

LB      /Withdrawal - Generic